**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOBBY THOMPSON,<br><br>    Defendant. | Case Nos. 2:18-CR-00213-APG-GWF<br><br>ORDER |

IT IS SO ORDERED that the sentencing hearing currently scheduled for Thursday, January 17, 2019 be vacated and continued to March 19, 2019 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 7th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

3