NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
ALEXANDRA MICHAEL
Assistant United States Attorneys
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Nadia.ahmed@usdoj.gov
Alexandra.m.michael@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON,<br><br>Defendant. | Case No. 2:18-cr-00213-APG-GWF<br><br>**STIPULATION TO SENTENCING**<br>*(Second Request)* |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Monti J. Levy, counsel for defendant BOBBY THOMPSON, that the sentencing hearing currently scheduled for June 10, 2019 at 2:30 p.m., be vacated and reset to a date and time convenient to the Court but no sooner than 60 days.

This stipulation is entered into for the following reasons:

1. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda and prepare for argument.

2. The Defendant is currently incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a

miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the fourth request for a continuance of the sentencing hearing.

DATED this 31st day of May, 2019.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

*s/ Nadia Ahmed*                          *s/ Monti Levy*

NADIA AHMED                       MONTI J. LEVY
ALEXANDRA M. MICHAEL      Counsel for Defendant Bobby Thompson
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBY THOMPSON,<br><br>Defendant. | Case No. 2:18-cr-00213-APG-GWF<br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for June 10, 2019 at 2:30 p.m., be vacated and continued to August 22, 2019, at 11:00 a.m. in Courtroom 6C.

IT IS SO ORDERED.

Entered: June 3, 2019

_____
ANDREW P. GORDON
United States District Judge