NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
NADIA AHMED
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Nadia.ahmed@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00213-APG-EJY |
| Plaintiff, | **STIPULATION TO SENTENCING** *(Fourth Request)* |
| vs. | |
| BOBBY THOMPSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Monti J. Levy, counsel for defendant BOBBY THOMPSON, that the sentencing hearing currently scheduled for August 22, 2019 at 11:00 a.m., be vacated and reset to a date and time convenient to the Court but no sooner than 2 weeks.

This stipulation is entered into for the following reasons:

1. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memoranda and prepare for argument.

2. The Defendant is currently incarcerated and does not object to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the fourth request for a continuance of the sentencing hearing.

DATED this 20th day of August, 2019.

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

*s/ Nadia Ahmed*                                           *s/ Monti Levy*

NADIA AHMED                                        MONTI J. LEVY
Assistant United States Attorney        Counsel for Defendant Bobby Thompson

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BOBBY THOMPSON,

        Defendant.

Case No. 2:18-cr-00213-APG-EJY

ORDER

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for August 22 at 11:00 a.m., be vacated and continued to Thursday, September 5, 2019, at 2:00 p.m. in Courtroom 6C.

IT IS SO ORDERED.

Entered: August 20, 2019

ANDREW P. GORDON
United States District Judge