MONTI JORDANA LEVY,
WRIGHT MARSH & LEVY
Nevada Bar No. 8158
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: mlevy@wmllawlv.com
Attorney for Bobby Thompson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>        vs. )<br>BOBBY THOMPSON, )<br>    Defendant. ) | CASE NO. 2:18-CR-00213-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**(EIGHTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the NICHOLAS A. TRUTANICH, United States of America, and PETER S. LEVITT, Assistant United States Attorney, counsel for the United States of America, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, counsel for BOBBY THOMPSON, that the sentencing hearing currently scheduled for June 11, 2020, at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (90) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. Defendant is currently out of custody and does not object to the continuance.

2. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memorandum and prepare for argument.

3. The parties agree to the requested continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the eighth request for a continuance of the sentencing hearing.

Dated this 28th day of May 2020.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY  /s/ Monti Jordana Levy | BY  /s/ Peter S. Levitt |
| MONTI JORDANA LEVY, ESQUIRE | PETER S. LEVITT |
| Attorney for Defendant Thompson | Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:18-CR-00213-APG-EJY |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BOBBY THOMPSON, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Bobby Thompson in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for June 11, 2020 at 9:30 a.m., be vacated and continued to September 8, 2020, at 2:00 p.m. in Courtroom 6C

DATED this 29th day of May, 2020.

_____
ANDREW P. GORDON
United States District Judge

J:\DEBBIE\PLEAD-2020\THO/UN4\STIP CONT SENTENCING 8TH REQUEST