UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00213-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| BOBBY THOMPSON, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for December 21, 2021 at 9:30 am., be vacated and continued to March 24, 2022, at 10:30 a.m. in Courtroom 6C.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
DATED: December 14, 2021