MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com

Attorney for Bobby Thompson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BOBBY THOMPSON, <br> Defendant. | CASE NO. 2:18-CR-00213-APG-EJY <br><br> **STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE** <br><br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney; and Defendant Bobby Thompson, by and through his counsel, Monti Jordana Levy, Esquire, of Wright Marsh & Levy, that the Revocation for Supervised Release hearing currently scheduled for Tuesday, September 22, 2022 at 9:30 a.m., be vacated and continued for at least 90 days to a date and time convenient to this Court.

The request for a continuance is based upon the following:

1. The parties are attempting to work out a resolution in this matter.

2. The parties agree to the requested continuance. Mr. Thompson is out of custody, and agrees to the continuance.

3. Additionally, denial of this request for a continuance could result in the miscarriage of justice.

///

4. Additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second request for a continuance of the revocation hearing for the current pending petition.

Dated this 14th day of September, 2022.

| WRIGHT MARSH & LEVY | JAMES M. FRIERSON<br>United States Attorney |
|---|---|
| By: /s/ Monti Jordana Levy<br>MONTI JORDANA LEVY, ESQUIRE<br>300 S. Fourth Street<br>Suite 701<br>Las Vegas, NV 89101<br>Attorney for Bobby Thompson | By: /s/ Peter S. Levitt<br>PETER S. LEVITT<br>Assistant U.S. Attorney District of Nevada<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101<br>Counsel for the United States of America |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:18-CR-00213-APG-EJY |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BOBBY THOMPSON, ) | |
| Defendant. ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for September 22, 2022 at 9:30 am., be vacated and continued to January 10, 2023, at 9:00 a.m. in Courtroom 6C.

DATED this 15th day of September, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE