MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorney for Bobby Thompson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOBBY THOMPSON,<br><br>  Defendant. | CASE NO. 2:18-CR-00213-APG-EJY<br><br>**STIPULATION TO DISMISS PETITION FOR REVOCATION OF SUPERVISED RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Jason M. Frierson, United States Attorney, and Peter S. Levitt, Assistant United States Attorney; and Defendant Bobby Thompson, by and through his counsel, Monti Jordana Levy, Esquire, of Wright Marsh & Levy, that the pending Petition for Revocation for Supervised Release be dismissed and for Supervised Release to continue.

The request to dismiss the Petition is based upon the following:

1. On February 16, 2021, Bobby Thompson was sentenced to Time Served followed by three (3) years supervised release.

2. On May 25, 2021, Mr. Thompson's supervising officer filed a Petition for Summons as the probation officer believed Mr. Thompson violated conditions of release related to positive drug tests; a new offense for convicted person fail/change address and open alcoholic container in vehicle; and possession of marijuana.

3. On June 17, 2021, Mr. Thompson appeared for his Revocation of Supervised Release hearing. Mr. Thompson waived an evidentiary hearing on the allegations, and, after hearing from

the parties, the Court ordered that the Petition would be held in Abeyance for 6 months for Mr. Thompson to continue on the terms of Supervised Release.

4. On December 13, 2021, the parties entered into a stipulation to continue the status hearing to allow Mr. Thompson to complete CDL school and obtain employment.

5. On March 23, 2022, at the request of the parties the hearing was again continued for Mr. Thompson to comply with drug testing and employment requirements.

6. On April 14, 2022, Mr. Thompson passed his CDL licensing test. Mr. Thompson was hired as a driver; however, he was laid off after working successfully for several months.

7. Mr. Thompson has not had any positive drug tests since July 6, 2021– 16 months ago.

8. Mr. Thompson is currently looking for new employment and has started making payments toward his financial obligations in this matter.

9. Mr. Thompson is making positive progress and maintaining communication with his supervising officer.

10. Mr. Thompson's Probation Officer, Annis Seopaul Sones has been consulted regarding this stipulation and does not oppose the requested dismissal.

Dated this 21st day of November, 2022.

WRIGHT MARSH & LEVY                    JAMES M. FRIERSON
                                       United States Attorney

By:   /s/ Monti Jordana Levy            By:   /s/ Peter S. Levitt
   MONTI JORDANA LEVY, ESQUIRE             PETER S. LEVITT
   300 S. Fourth Street                    Assistant U.S. Attorney District of Nevada
   Suite 701                               501 Las Vegas Boulevard South
   Las Vegas, NV 89101                     Suite 1100
   Attorney for Bobby Thompson             Las Vegas, NV 89101
                                           Counsel for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOBBY THOMPSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:18-CR-00213-APG-EJY <br><br> **ORDER** |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation of supervised release hearing in the above captioned matter currently scheduled for January 10, 2023 at 9:00 am., be vacated and that the Petition and all addenda pending before the court for Revocation of Supervised Release are dismissed.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2022