UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Bobby Thompson,                                     2:18-cr-0213-APG-EJY

and

Randy Humphrey,                                 2:18-cr-0191-APG-GWF

    Defendants.

**CLARIFICATION ORDER**

**CLARIFICATION ORDER**

    The matter before the court is to clarify the order of restitution previously entered as part of the Judgments (Doc. #122 and Doc #56). Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgments. Therefore, good cause appearing,

    **IT IS ORDERED** that the defendants shall make Joint and Several Restitution payments to the following victim:

William Hill Sportsbook                      $34,163.00 Joint and Severally
444 W. Sunset Road
Henderson, NV 89011

    This Order does not reflect any previously made payment. It is for clarification as to the Judgments only.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE